1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   jpacitti@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JAMES RIGGI

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,**

| | | |
|---|---|---|
| JAMES RIGGI, | ) | **Case No.: 2:11-cv-00400-WBS -DAD** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ELTMAN, ELTMAN & COOPER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Plaintiff, JAMES RIGGI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: June 17, 2011    KROHN & MOSS, LTD.


By: /s/ James D. Pacitti  \_

James D. Pacitti
Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 17, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ James D. Pacitti

James D. Pacitti, Esq.