Christopher Addy (SBN: 256044)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x271
Fax: 866-385-1408
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
JAMES RIGGI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RIGGI, | Case No.: 2:11-cv-00400-WBS-DAD |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| ELTMAN, ELTMAN & COOPER, | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, JAMES RIGGI, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 27, 2011                                                  KROHN & MOSS, LTD.


                                                                                  By:/s/Christopher Addy

                                                                                  Christopher Addy
                                                                                  Attorney for Plaintiff,
                                                                                  JAMES RIGGI